UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESAR HUMBERTO PINA,<br>  a/k/a "Flipping NJ" | Hon. Madeline Cox Arleo<br><br>Crim. No. 25-436<br><br><br>SCHEDULING ORDER |

    This matter having come before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (by Mark J. Pesce, Carolyn Silane, Aaron L. Webman, Edeli Rivera, and Matthew Specht, Assistant United States Attorneys), and defendant Cesar Humberto Pina, a/k/a "Flipping NJ", (by Gerald Krovatin, Esq.), and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

    It is on this  25th   day of July, 2025, ORDERED that:

    1. The Government shall provide discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis, beginning with a production within one week of the Court's entry of a protective order regarding discovery. The Government shall provide substantially all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before November 28, 2025.

  2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before November 28, 2025. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

  3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before December 31, 2025.

  4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before December 31, 2025.

  5. The following shall be the schedule for pretrial motions in this matter:

   a) Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before January 30, 2026;

   b) Responses to the pretrial motions shall be filed on or before February 20, 2026;

   c) Replies shall be filed on or before March 6, 2026;

   d) Oral argument on pretrial motions shall be held on a date to be set by the Court.

_____
Honorable Madeline Cox Arleo
United States District Judge