UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | : | Crim. No. 25-436 |
| CESAR HUMBERTO PINA | : | **Oral Argument Requested** |

**NOTICE OF DEFENDANT'S MOTION TO
<u>DISMISS THE INDICTMENT</u>**

PLEASE TAKE NOTICE that at a date and time to be determined by this Court, Defendant Cesar Humberto Pina shall move, pursuant to Federal Rule of Criminal Procedure 12, before the Honorable Madeline Cox Arleo, U.S.D.J., Martin Luther King, Jr. Building and U.S. Courthouse, 50 Walnut Street, Newark, N.J. 07101, for an Order dismissing the Indictment and enjoining Alina Habba from supervising or participating in any further proceedings in this matter because Ms. Habba's term as interim U.S. Attorney had expired at the time she authorized, signed, and returned the Indictment, and she lacks the authority to continue serving as acting U.S. Attorney.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the Defendants shall rely upon the attached Memorandum in Support of Mr. Pina's Motion to Dismiss. A proposed order granting the Motion to Dismiss is also attached.

DATED: August 11, 2025                    Respectfully Submitted,

*/s/ Gerald Krovatin*                     */s/ Abbe David Lowell*
Gerald Krovatin                           Abbe David Lowell
KROVATIN NAU LLC                          David A. Kolansky
60 Park Place, Suite 1100                 Isabella M. Oishi
Newark, NJ 07102                          John P. Bolen
T: (973) 424-9777                         LOWELL & ASSOCIATES, PLLC
F: (973) 424-9779                         1250 H Street, N.W., Suite 250
gkrovatin@krovatin.com                    Washington, DC 20005
                                          T: (202) 964-6110
                                          F: (202) 964-6116
*/s/ Norman L. Eisen*                     ALowellpublicoutreach@lowellandassociates.com
Norman L. Eisen                           DKolansky@lowellandassociates.com
Joshua Kolb                               IOishi@lowellandassociates.com
DEMOCRACY DEFENDERS FUND                  JBolen@lowellandassociates.com
600 Pennsylvania Avenue S.E.,
Suite 15180
Washington, DC 20003
T: (202) 594-9958
norman@statedemocracydefenders.org
joshua@statedemocracydefenders.org

## CERTIFICATION OF SERVICE

I hereby certify that the within Notice of Motion and Supporting Papers were served on this date on the following via electronic filing and electronic mail:

>Alina Habba, (Acting United States Attorney)
>Mark J. Pesce, Assistant U.S. Attorney
>Carolyn Silane, Assistant U.S. Attorney
>Aaron L. Webman, Assistant U.S. Attorney
>Edeli Rivera, Assistant U.S. Attorney
>United United States Attorney's Office
>970 Broad Street
>Newark, New Jersey  07102

/s/Gerald Krovatin

Dated:     August 11, 2025