# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CESAR HUMBERTO PINA,<br><br><br>                    Defendant. | Criminal No: 25-436 (MCA)<br><br>**ORDER** |

It appearing that the above action raises issues common to those in <u>United States v. Giraud Jr, et al.</u>, Criminal Action No. 24-768 (M.D. Pa. 2024), and;

pursuant to the July 28, 2025 Order of Judge Michael A. Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit, and;

for good cause shown;

**It is on this 12th day of August, 2025;**

**ORDERED** that this action is hereby transferred to the Honorable Matthew W. Brann of the United States District Court for the Middle District of Pennsylvania.

                                                                                           *s/Madeline Cox Arleo*
                                                                                           HON. MADELINE COX ARLEO
                                                                                           UNITED STATES DISTRICT JUDGE