IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00436 |
| v. | (Chief Judge Brann)* |
| CESAR HUMBERTO PINA, | |
| Defendant. | |

# ORDER

### AUGUST 13, 2025

Pursuant to this discussion at the status conference held this day, **IT IS HEREBY ORDERED** that:

1. Mr. Pina may submit a Reply brief responding to the Government's Opposition to the Motion to Bar Alina Habba from Supervising the Prosecution in *United States v. Giraud*, No. 24-CR-0768 (D.N.J.), Doc. 127, as if it were a partial opposition to Mr. Pina's motion, by Thursday, August 14, 2025;

2. The Reply brief may be no longer than 15 pages and should be limited to the arguments that overlap between the Girauds' motion and Mr. Pina's;

---

\*   The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

3. The Reply brief should not re-address arguments asserted for the first time in Mr. Pina's motion to which the Government has not yet had an opportunity to respond;

4. Oral argument on Mr. Pina's motion is consolidated with the argument scheduled for the Girauds' motion on Friday, August 15, 2025, at 10:00 a.m. at the United States Courthouse and Federal Building, Courtroom Number 1, Fourth Floor, Williamsport, Pennsylvania;

5. The Court will consider whether to Order further briefing on the new issues raised in Mr. Pina's motion at the proceeding on Friday.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding