UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIEN GIRAUD JR. and<br>JULIEN GIRAUD III,<br>　　　　Defendants | Crim. No. 24-768 (MWB) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESAR HUMBERTO PINA,<br>　　　　Defendant | Crim. No. 25-436 (MWB) |

NOTICE OF APPEAL

　　The United States hereby appeals the orders of the District Court [Docket Entry 145 in Crim. No. 24-768 and Docket Entry 69 in Crim. No. 25-436] entered on August 21, 2025. Those orders are immediately appealable under 28 U.S.C. § 1291 under the collateral order doctrine. *See, e.g.*, *United States v. Whittaker*, 268 F.3d 185, 191–93 (3d Cir. 2001).

　　　　　　　　　　　　　　　　　　PAMELA J. BONDI
　　　　　　　　　　　　　　　　　　U.S. Attorney General

　　　　　　　　　　　　　　　　　　TODD BLANCHE
　　　　　　　　　　　　　　　　　　U.S. Deputy Attorney General

　　　　　　　　　　　　　　　　　　HENRY C. WHITAKER
　　　　　　　　　　　　　　　　　　Counselor to the Attorney General

　　　　　　　　　　　　　　　　　　ALINA HABBA
　　　　　　　　　　　　　　　　　　Acting U.S. Attorney
　　　　　　　　　　　　　　　　　　Special Attorney

　　　　　　　　　　　　　　　　　　*/s/ Mark C. Coyne*

　　　　　　　　　　　　　　　　　　Mark E. Coyne
　　　　　　　　　　　　　　　　　　Supervisory Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Chief, Appeals Division
　　　　　　　　　　　　　　　　　　(973) 297-2002