

**Krovatin | Nau LLC**
ATTORNEYS AT LAW

60 Park Place, Suite 1100
Newark, New Jersey 07102
973-424-9777  Fax 973-424-9779
www.krovatin.com

Gerald Krovatin
Helen A. Nau*

Also Admitted in NY*

February 10, 2026

**VIA ELECTRONIC FILING**

Hon. Matthew W. Brann, Chief Judge
United States District Court
Middle District of Pennsylvania
Herman T. Schneebeli Federal Bldg.
  & U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA  17701

      Re:    **United States v. Cesar Humberto Pina**
                **Crim. No. 25-436**

Dear Chief Judge Brann:

      As Your Honor knows, this firm represents Defendant Cesar Pina in the above-referenced matter. I write to advise the Court that Mr. Pina joins in the motions that are pending before Your Honor in *United States v. Raheel Naviwala,* Crim. No. 24-099 (MWB) and *United States v. Daniel Torres,* Crim. No. 24-378 (MWB) to disqualify the three attorneys designated by the Attorney General to supervise the U.S. Attorney's Office for the District of New Jersey. With Your Honor's permission, Mr. Pina seeks to adopt and join in the arguments made by counsel for the Defendants in those two actions in their briefs and their oral arguments before the Court on January 23, 2026.

      I have filed a Notice of Motion on behalf of Mr. Pina to this effect, but, unless Your Honor directs otherwise, I do not intend to file a brief or other authority in support of the motion and will rely, as indicated, on the papers and arguments of defense counsel in the *Naviwala* and *Torres* cases.



Hon. Matthew W. Brann, Chief Judge
February 10, 2026
Page 2

      I have conferred with Assistant U.S. Attorney Mark Coyne and the Government does not object to Mr. Pina proceeding in this fashion and submits that the Government opposes Mr. Pina's motion on the merits for the same reasons advanced in their pre- and post-argument briefing in *Naviwala* and *Torres*.

      Respectfully submitted,

**KROVATIN NAU LLC**

*/s/Gerald Krovatin*
Gerald Krovatin, Esq.

Cc:   Mark E. Coyne, AUSA