## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|                              |   |                         |
|------------------------------|---|-------------------------|
|                              | : |                         |
| UNITED STATES OF AMERICA     | : |                         |
|                              | : | No. 2:25-CR-00436-MWB   |
| v.                           | : |                         |
|                              | : |                         |
| CESAR HUMBERTO PINA,         | : |                         |
|                              | : |                         |
| Defendant.                   | : |                         |

## JOINT STATUS REPORT

On February 25, 2026, this Court entered an Order (ECF 78) requesting a joint status report indicating whether, following the decision in *United States v. Naviwala*, No. 2:24-CR-0099 (D.N.J.) and *United States v. Torres*, No. 2:24-CR-0378 (D.N.J.), this matter raises any unresolved issues regarding the authority of the current leadership structure of the United States Attorney's Office for the District of New Jersey. *See* ECF 78. Pursuant to that Order, the Parties state as follows:

If, following the supplemental briefing ordered in *United States v. Torres* (ECF 318 ¶ 6), this Court finds in Defendant Torres's favor on the issue of remedy, Defendant Pina submits that such a decision should apply with equal force to him, given the absence of a lawfully appointed U.S. Attorney at the time the indictment was returned in his case. Should it be necessary to address any factual differences that may exist between the *Torres* indictment and the *Pina* indictment, Defendant Pina respectfully reserves the right to further address with the Court the remedy issue as applied to him, after reviewing any decision by your Honor regarding the delegation and remedy

1

issues in *Torres*. Apart from those issues, this matter does not raise any additional issues regarding the authority of the leadership structure of the U.S. Attorney's Office that were not resolved by *Naviwala* and *Torres*.

Respectfully Submitted,

**KROVATIN NAU LLC**

/s/ *Gerald Krovatin*
Gerald Krovatin, Esq.
60 Park Place, Suite 1100
Newark, New Jersey 07102

**LOWELL & ASSOCIATES, PLLC**

/s/ *Abbe David Lowell*
Abbe David Lowell, Esq
David A. Kolansky, Esq.
Isabella M. Oishi, Esq.
John P. Bolen, Esq.
1250 H Street, NW, Suite 250
Washington, DC 20005

*Counsel for Caesar Pina*

Dated: March 18, 2026

**UNITED STATES ATTORNEY'S OFFICE**

/s/*Mark E. Coyne*
Mark E. Coyne, Supervisory
  Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey  07102

2