

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7ᵗʰ floor*          *973-645-2700*
*Newark, New Jersey 07102*

April 8, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

     Re:    *United States v. Pina*, Crim. No. 25-436

Dear Chief Judge Brann:

On April 6, 2026, a grand jury returned a superseding indictment charging Cesar Pina with two counts of wire fraud, one count of money laundering conspiracy, two counts of money laundering, and one count of bribery concerning programs receiving federal funds. ECF No. 83. In the parties' April 1, 2026 status report, Pina agreed the return of a superseding indictment would effectively moot his authority challenge to the original indictment. ECF No. 82. He further agreed his authority motion does not raise additional issues beyond those addressed in the Court's *Naviwala* decision. *Id*. Accordingly, this Court should transfer this case back to the Honorable Madeline Cox Arleo, U.S.D.J. The Government thanks the Court for its consideration.

        Respectfully submitted,

        ROBERT FRAZER
        UNITED STATES ATTORNEY

        *Edeli Rivera*
        Edeli Rivera
        Mark J. Pesce
        Carolyn Silane
        Matthew Specht
        Aaron L. Webman
        Assistant U.S. Attorneys

cc:    Counsel of Record (via ECF)