**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00436 |
| v. | (Chief Judge Brann)* |
| CESAR HUMBERTO PINA, | |
| Defendant. | |

**ORDER**

**APRIL 8, 2026**

The parties having agreed that there are no issues within the purview of my special designation remaining to be decided in this matter now that a second superseding indictment has been returned,[1] **IT IS HEREBY ORDERED** that:

1.  The pending motion to disqualify (Doc. 75) is **DENIED** as moot;

2.  The stay in this matter is **LIFTED**; and

3.  This case is **TRANSFERRED** back to the original presiding Judge.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

*    The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1]    Doc. 83.