Krovatin | Nau LLC
ATTORNEYS AT LAW

60 Park Place, Suite 1100
Newark, New Jersey 07102
973-424-9777 Fax 973-424-9779
www.krovatin.com

Gerald Krovatin
Helen A. Nau*

Also Admitted in NY*

October 6, 2026

**VIA ELECTRONIC FILING**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building
& Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **United States v. Cesar Humberto Pina**
**Criminal No. 25-436 (MCA)**

Dear Judge Arleo:

This law firm represents Defendant Cesar Pina in the above-referenced matter. Defendant respectfully requests a two week adjournment of the plea currently scheduled for October 6, 2026.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/Gerald Krovatin
gkrovatin@krovatin.com

cc: Mark J. Pesce, AUSA
Carolyn Silane, AUSA
Stephen Griggs, Pretrial Services Officer
Mr. Cesar Pina